

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:              01-17-00211-CV

Trial Court Cause
Number:                    2016-05293J

Style:                     In the Matter of D.A.K.

Date motion filed*:        May 8, 2017

Type of motion:            Motion for Extension of Time to File Appellant's Brief

Party filing motion:       Appellant

Document to be filed:      Appellant's brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:
    Original due date:                          May 11, 2017
    Number of previous extensions granted:      None
    Date Requested:                             June 26, 2017

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  **June 12, 2017**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: This case involves a judgment of juvenile delinquency, and for that reason the briefing deadlines of the Texas Rules of Appellate Procedure will be applied without any further presumption of courtesy extensions. The State should be prepared to file its brief by July 12, 2017. All parties should plan for briefing to be completed no later than early August 11, 2017 so this appeal may be set for submission in September 2017.

Judge's signature: /s/ Justice Michael Massengale
        ☒ Acting individually    ☐ Acting for the Court


Date: June 6, 2017